991 A.2d 213

IN THE MATTER OF JAMES N. CITTA, A
JUDGE OF THE SUPERIOR COURT.

March 8, 2010.

**ORDER**

The Advisory Committee on Judicial Conduct having filed with the Court pursuant to *Rule* 2:15–15(a), a presentment recommending that **JAMES N. CITTA**, a Judge of the Superior Court, be publicly reprimanded for violating *Canon* 1 (a judge should maintain high standards of conduct so that the integrity and independence of the judiciary may be preserved), *Canon* 2A (a judge should act at all times in a manner that promotes public confidence in the integrity and impartiality of the judiciary), *Canon* 3A(2)(a judge should maintain order and decorum in judicial proceedings), *Canon* 3A(3)(a judge should be patient, dignified, and courteous to litigants, jurors, witnesses, lawyers, and others with whom the judge deals in an official capacity), *Canon* 3A(4)(a judge should be impartial and should not discriminate because of race, color, religion, age, sex, sexual orientation, national origin, language, marital status, socioeconomic status, or disability), and *Rule* 2:15–8(a)(4)(intemperate conduct) and (6)(conduct prejudicial to the administration of justice that brings the judicial office into disrepute);

And respondent, through counsel, having accepted the findings and recommendation for discipline of the Advisory Committee on Judicial Conduct and having waived his right to the issuance of an Order to Show Cause and a hearing before the Supreme Court;

And good cause appearing;

It is ORDERED that the findings and recommendation of the Advisory Committee on Judicial Conduct are adopted and **JAMES N. CITTA**, a Judge of the Superior Court, is hereby publicly reprimanded.